# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1132

_____

Rudolph George Stanko,        *
       *
     Appellant,      *
       *
       *   Appeal from the United States
    v.        *   District Court for the
       *   District of Minnesota.
Warden M. Cruz, Local Director/    *
Warden; Michael K. Nalley, Regional   *      [UNPUBLISHED]
Director; Harley Lappin, Director,    *
       *
     Appellees.      *

_____

Submitted: January 12, 2010
Filed: January 21, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Rudolph George Stanko appeals the district court's[1] denial of his petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. Upon de novo review, see Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.

curiam), we conclude that habeas relief was properly denied. Accordingly, we affirm the judgment. <u>See</u> 8th Cir. R. 47B.

_____